**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DEBRA S. MINUTO and MV REALTY GROUP LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>JONATHAN KAIDEN; PARK LENDING, LLC; PARK LENDING II LLC; YONEL DEVICO; TRINITY FINANCIAL ENTERPRISES, LLC d/b/a TRINITY MORTGAGE, LLC; TRINITY NIXON; JOHN DOE LAWYER (a fictitious attorney whose identity is not yet known), JILLIAN MICHAELS, MIKHAIL MUDRIK, and THE AGENCY FLORIDA, LLC,<br><br>          Defendants. | __ Civ. _____<br><br>**DEFENDANT YONEL DEVICO'S NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. § 1441(b), Defendant Yonel Devico ("Devico") hereby removes this action from the Superior Court of New Jersey, Bergen County, Law Division (the "State Court") to the United States District Court for the District of New Jersey.  In support of this Notice of Removal, Devico avers as follows:

1.      Pursuant to Rule 10.1(a) of the Local Civil Rules, the addresses of the named parties are as follows:

      a.    Plaintiffs stated in their Complaint that Plaintiff Debra S. Minuto is an individual residing in the County of Bergen at 11 Chestnut Ridge Road, Saddle River, New Jersey, and that she is the sole member of Plaintiff MV REALTY GROUP LLC which has the same address.

b.  Defendant Yonel Devico is a resident of Florida and is represented by Matthew T. Eyet, Esq. of Eyet Law LLC, 382 George Street, New Brunswick, NJ 08901; (732) 379-8617; Fax: (908) 292-1108; meyet@eyetlaw.com.

c.  Based on the other pleadings and filings in the State Court:

  i.  Defendant Jonathan Kaiden is an individual with an address at 3656 Carlton Place, Boca Raton, Florida (Complaint at ¶ 4);

  ii.  Park Lending, LLC and Park Lending II, LLC are alleged to be "mere alter egos and instrumentalities of Kaiden, sharing common ownership and employees" (Complaint at ¶ 14), and are represented by Rafi Hasbani, Esq. (042152011) HASBANI & LIGHT, P.C. 450 Seventh Avenue, Suite 1408 New York, NY 10123, (212) 643-6677;

  iii.  Defendant John Doe Lawyer, a fictitious lawyer whose identity is currently unknown, is "a Florida attorney" (Complaint at ¶ 52);

  iv.  Defendant Mikhail Mudrik "is a real estate agent licensed under the laws of the State of Florida"; Defendant The Agency Florida, LLC, is a Florida limited liability company with an address at 9564 Harding Avenue, Surfside, Florida 33154; and both Mudrik and The Agency Florida, LLC are represented by Maxwell L. Billek, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP; 7 Giralda Farms, Suites 100/110 Madison, New Jersey 07940; (973) 624-0800; Fax: (973) 624-0808;

  v.  Defendant Jillian Michaels has been dismissed from this action with prejudice;

  vi.  Trinity Financial Enterprises, LLC d/b/a Trinity Mortgage, LLC ("Trinity"), is a limited liability company formed under the laws of the State of Florida; and

Defendant, Trinity Nixon, is an agent, employee, member, and/or representative of Trinity (Complaint at ¶¶ 20-21).

**Procedural History and Plaintiff's Allegations**

2. On or about November 2, 2022, Plaintiffs filed their Complaint in State Court alleging breach of contract and various torts relating to the same underlying contract.

3. Plaintiffs filed notice of dismissal of the action as against Defendant Jillian Michaels, with prejudice, on November 28, 2022.

4. Plaintiffs filed a request for the entry of default as against Defendants Park Lending LLC Park Lending II LLC on December 16, 2022, and for final judgment of default on December 20, 2022.

5. The clerk of the State Court entered default and final judgment by default against Defendants Park Lending LLC and Park Lending II LLC on December 20, 2022.

6. Defendants The Agency Florida, LLC and Mikhail Mudrik filed a joint motion to dismiss the Complaint on December 27, 2022.

7. Defendants Park Lending LLC and Park Lending II LLC filed a joint motion to vacate default and to dismiss the Complaint for lack of jurisdiction on January 5, 2023.

8. The State Court entered an Amended Order on February 21, 2023 denying the motions of Defendants Park Lending LLC; Park Lending II LLC; The Agency Florida, LLC; and Mikhail Mudrik. Two previous Orders had been entered by the State Court in error on February 17 and 21, 2023 which were both vacated by this Amended Order.

9. Defendants Park Lending LLC and Park Lending II LLC filed a subsequent joint motion to vacate default to dismiss for lack of jurisdiction on March 2, 2023.

10. Defendants The Agency Florida, LLC and Mikhail Mudrik filed an Answer on March 10, 2023.

**Grounds for Removal**

11.    Devico removes this action pursuant to 28 U.S.C. § 1441(b) as there is complete diversity between the plaintiffs and defendants and the amount in controversy exceeds $75,000.

12.    All plaintiffs in this action are residents of the State of New Jersey according to the Complaint at Paragraphs 1 and 3.

13.    No defendants are New Jersey residents according to the Complaint at Paragraphs 4, 14, 18, 20, 21, 22, 25, 26, 27, and 52.

14.    The amount in controversy exceeds $75,000. While the Complaint does not include exact sums, Count One seeks rescission of an $800,000 loan and punitive damages; Count Two seeks treble damages on recovery of interest accrued at a rate of 25% on a loan of over three million dollars (Paragraphs 88 and 128); and Count Twelve seeks damages resulting from a diminished purchase price for the subject property of $900,000 (Complaint at paragraphs 227 and 228).

**The Procedural Requirements for Removal Have Been Satisfied**

15.    Devico has the power to remove this action because he is a properly joined defendant.

16.    The District of New Jersey is the appropriate federal court district for removal because it is the district with concurrent geographic jurisdiction as the State Court before which this action is pending, pursuant to 28 U.S.C. § 1441(a).

17.    This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) as Devico was properly served and joined in this action on March 28, 2023.

18.    Consent of other defendants is not necessary for removal under 28 U.S.C. § 1441(b).

19.    After filing this Notice of Removal, Devico will promptly serve written notice of this Notice of Removal on counsel for all adverse parties and file the same with the Clerk of the State Court in accordance with 28 U.S.C. § 1446(d).

20.     True and correct copies of all process, pleadings, and orders served on Devico in the action pending in the State Court are attached hereto as Exhibit A.

### Non-Waiver of Defenses

21.     By removing this action from the State Court, Devico does not waive any defenses available to him.

22.     By removing this action from the State Court, Devico does not admit any of the allegations in Plaintiffs' Complaint.

**WHEREFORE,** Devico removes the above-captioned action from the Superior Court of New Jersey, Bergen County, Law Division to the United States District Court for the District of New Jersey.

Respectfully submitted,

Dated: March 28, 2023
New Brunswick, NJ

By: _____
Matthew T. Eyet, Esq.
EYET LAW LLC
*Attorneys for Defendant*
*Yonel Devico*
382 George Street
New Brunswick, NJ 08901
Phone: (732) 379-8617
Fax: (908) 292-1108
meyet@eyetlaw.com