UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBRA S. MINUTO and MV REALTY GROUP LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>JONATHAN KAIDEN; PARK LENDING, LLC; PARK LENDING II LLC; YONEL DEVICO; TRINITY FINANCIAL ENTERPRISES, LLC d/b/a TRINITY MORTGAGE, LLC; TRINITY NIXON; JOHN DOE LAWYER (a fictitious attorney whose identity is not yet known), JILLIAN MICHAELS, MIKHAIL MUDRIK, and THE AGENCY FLORIDA, LLC,<br><br>                Defendants. | Civil No. 2:23-cv-01765<br><br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Defendant Yonel Devico hereby names and identifies the citizenship of the following individuals whose citizenship is attributed to him:

- Yonel Devico is an individual party who resides in and is a citizen of the State of Florida.

- Park Lending LLC is a limited liability company formed under the laws of Delaware and has two members: Yonel Devico and Jordan Kaiden. Both members are citizens of the State of Florida.

- Park Lending II LLC is a limited liability company formed under the laws of Delaware and has one member: Park Lending LLC, which is a citizen of the State of Florida.

Dated: March 28, 2023                                            By: _____

                                                                                Matthew T. Eyet, Esq.

EYET LAW LLC
*Attorneys for Defendant*
*Yonel Devico*
382 George Street
New Brunswick, NJ 08901
Phone: (732) 379-8617
Fax: (908) 292-1108
meyet@eyetlaw.com

2