UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DEBRA S. MINUTO and MV REALTY GROUP LLC,**<br><br>Plaintiffs,<br><br>-against-<br><br>**JONATHAN KAIDEN; PARK LENDING, LLC; PARK LENDING II LLC; YONEL DEVICO; TRINITY FINANCIAL ENTERPRISES, LLC d/b/a TRINITY MORTGAGE, LLC; TRINT NIXON; JOHN DOE LAWYER (a fictitious attorney whose identity is not yet known), JILLIAN MICHAELS, MIKHAIL MUDRIK, and THE AGENCY FLORIDA, LLC,**<br><br>Defendants. | Civil Action No.:<br><br>2:23-cv-01765-KSH-LDW<br><br>Filed Electronically |

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

Defendant Yonel Devico ("Devico"), by and through his attorneys Eyet Law LLC, and Plaintiffs Debra S. Minuto and MV Realty Group LLC ("Plaintiffs"), by and through their attorneys Fox Rothschild LLP, hereby stipulate and agree that:

1. Devico's time to answer or otherwise respond to the Plaintiffs' Complaint is hereby extended to and including ten business days following entry of disposition of Plaintiffs' pending Motion for Remand in this action.

2. This stipulation may be signed in counterparts;

3. A facsimile or scanned copy of this stipulation shall have the same force and effect as the original; and

4. This stipulation may be filed with the Court without further notice.

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **EYET LAW LLC** |
| *(signature)* | *(signature)* |
| Barry J. Muller, Esq. | Matthew Eyet, Esq. |
| Princeton Pike Corporate Center | 382 George Street |
| 997 Lenox Drive, Building 3 | New Brunswick, NJ 08901 |
| Lawrenceville, NJ 08648 | meyet@eyetlaw.com |
| *bmuller@foxrothschild.com* | *Attorneys for Defendant Yonel Devico* |
| *Attorneys for Plaintiffs* | |

2