## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DEBRA S. MINUTO and MV REALTY GROUP LLC,**<br><br>Plaintiffs,<br><br>-against-<br><br>**JONATHAN KAIDEN; PARK LENDING, LLC; PARK LENDING II LLC; YONEL DEVICO; TRINITY FINANCIAL ENTERPRISES, LLC d/b/a TRINITY MORTGAGE, LLC; TRINT NIXON; JOHN DOE LAWYER (a fictitious attorney whose identity is not yet known), JILLIAN MICHAELS, MIKHAIL MUDRIK, and THE AGENCY FLORIDA, LLC,**<br><br>Defendants. | Civil Action No.:<br>2:23-cv-01765-KSH-LDW<br><br>**ECF CASE**<br><br>**NOTICE OF DEFENDANT YONEL DEVICO'S MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that defendant Yonel Devico ("Devico") shall move before the Honorable Katharine S. Hayden at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, at a date and time to be determined by the Court, for entry of an order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(2); 28 U.S.C. § 1406; and Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Devico shall rely upon the enclosed Memorandum of Law and accompanying declarations.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested.

Dated: June 30, 2023

**EYET LAW, LLC**

1

BY:    *s/ Mathew Eyet*

Matthew T. Eyet, Esq.
382 George Street
New Brunswick, NJ 08901
meyet@eyetlaw.com
(732) 379-8617
*Attorney(s) for Defendant Yonel Devico*

2