**New York**

**New Jersey**

**Pennsylvania**



**Matthew T. Eyet, Esq.**

**732-397-8617**

**meyet@eyetlaw.com**

July 7, 2023

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court—District of New Jersey
Martin Luther King Jr. Building & Federal Courthouse
50 Walnut St.
Newark, NJ 07102

>    **Re:    *Debra S. Minuto et al. v. The Agency Florida, LLC et al.*
>    Civil Action No. 2:23-cv-01765-KSH-LDW**

Dear Judge Wettre:

This firm represents Defendant Yonel Devico ("Devico") in the above-referenced matter, and we write to explain the decision to file Devico's Motion to Dismiss in light of Plaintiffs' letter to the Court which suggests that Devico's filing was improper.[1]

In line with the logic of the Court's June 29, 2023 Text Order, we requested an extension of time to respond to Plaintiffs' Amended Complaint and specifically noted that:

> [W]e are only discussing an extension until we know if the case will be remanded. I don't think either of us want to litigate a motion to dismiss in federal court only to have to start over if the case is transferred to state court halfway through.

*See* Exhibit A.[2] Nonetheless, Plaintiffs refused this entreaty to conserve the parties' resources and required that Devico file his responsive motion without delay—despite their pending attempt to make such filing moot. *See* Exhibit A. Put simply, Devico filed his motion on June 30, 2023 because Plaintiffs required him to.

>    Respectfully submitted,
>
>    Matthew T. Eyet, Esq.
>    Principal, Eyet Law LLC

---

[1] ECF Doc. No. 26.

[2] Attached hereto as Exhibit A is a true and correct copy of the relevant portions of an email thread between the undersigned's office and counsel for Plaintiffs.

# EXHIBIT A

## Jacob Narva

| | |
|---|---|
| **From:** | Muller, Barry J. <BMuller@foxrothschild.com> |
| **Sent:** | Friday, June 23, 2023 7:30 PM |
| **To:** | Jacob Narva |
| **Cc:** | Anika Chowdhuri; Matthew T. Eyet, Esq.; sdeluca@hasbanilight.com |
| **Subject:** | Re: MINUTO et al v. KAIDEN et al |

Yet your client is more than happy to make mine spend time and money to strike a patently frivolous pleading.  Your client controls the LLCs.  If he wants time to wait for the remand motion to be decided, then he can have the LLCs withdraw the frivolous Answer.  If not, then he needs to respond by 6/30.  There is nothing more to discuss.

---

**From:** Jacob Narva <jnarva@eyetlaw.com>
**Sent:** Friday, June 23, 2023 7:13:44 PM
**To:** Muller, Barry J. <BMuller@foxrothschild.com>
**Cc:** Anika Chowdhuri <AChowdhuri@eyetlaw.com>; Matthew T. Eyet, Esq. <meyet@eyetlaw.com>; sdeluca@hasbanilight.com <sdeluca@hasbanilight.com>
**Subject:** [EXT] Re: MINUTO et al v. KAIDEN et al

Barry,

I can't speak to the other law firm's actions and I haven't reviewed that filing, but we are only discussing an extension until we know if the case will be remanded. I don't think either of us want to litigate a motion to dismiss in federal court only to have to start over if the case is transferred to state court halfway through. We'd be happy to discuss this by phone after the weekend.

Sincerely,

Jacob Narva

---

**From:** Muller, Barry J. <BMuller@foxrothschild.com>
**Sent:** Friday, June 23, 2023 5:37:12 PM
**To:** Jacob Narva <jnarva@eyetlaw.com>
**Cc:** Anika Chowdhuri <AChowdhuri@eyetlaw.com>; Matthew T. Eyet, Esq. <meyet@eyetlaw.com>; sdeluca@hasbanilight.com <sdeluca@hasbanilight.com>
**Subject:** RE: MINUTO et al v. KAIDEN et al

Jacob:

I consider the attempted filing of an Answer by the Park Lending defendants (LLC's controlled by Devico), in light of the valid and enforceable judgment I obtained in State Court, which the Judge refused to vacate, to be an act of complete bad faith.  Therefore, I will extend the time for Devico to respond to the Amended Complaint only to June 30th.

I will be addressing this entire situation with the Judge on Monday.  I don't appreciate these tactics, which Devico clearly had a hand in.

1

**Barry Muller**
Partner
**Fox Rothschild LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
(609) 895-6722 - direct
(609) 896-1469 - fax
BMuller@foxrothschild.com
www.foxrothschild.com

---

**From:** Jacob Narva <jnarva@eyetlaw.com>
**Sent:** June 23, 2023 1:20 PM
**To:** Muller, Barry J. <BMuller@foxrothschild.com>
**Cc:** Anika Chowdhuri <AChowdhuri@eyetlaw.com>; Matthew T. Eyet, Esq. <meyet@eyetlaw.com>
**Subject:** [EXT] RE: MINUTO et al v. KAIDEN et al

Barry,

I just tried calling you but I didn't get through. Now that you've filed an amended proceeding, please find an updated stipulation attached specifying that our previously agreed extension to respond applies to any amended complaint as well. We don't believe this is necessary but prefer to be safe. Please execute or let us know if you have any concerns.

Sincerely,

Jacob Narva



**NY | NJ | PA | U.S. Tax Court**

## Jacob S. Narva
*Senior Associate*





p: 732-395-8978   fax: 908-292-1108

jnarva@eyetlaw.com



www.eyetlaw.com

382 George Street, New Brunswick, NJ 08901

2