**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

------------------------------ X
                                    :   Civil Action No.:
**DEBRA S. MINUTO and MV REALTY**   :   2:23-cv-01765-KSH-LDW
**GROUP LLC,**                      :
                                    :
                                    :
Plaintiffs,                         :*Filed Electronically*
                                    :
          v.                        :
                                    :
**JONATHAN KAIDEN; PARK LENDING,**  :   **ORDER GRANTING PLAINTIFFS'**
**LLC; PARK LENDING II LLC; YONEL** :      **MOTION TO REMAND**
**DEVICO; TRINITY FINANCIAL**       :
**ENTERPRISES, LLC d/b/a TRINITY**  :
**MORTGAGE, LLC;  TRINT NIXON;**    :
**JOHN DOE LAWYER (a fictitious**   :
**attorney whose identity is not**  :
**yet known), JILLIAN MICHAELS,**   :
**MIKHAIL MUDRIK, and THE AGENCY**  :
**FLORIDA, LLC,**                   :
                                    :
Defendants.                         :
------------------------------ X

**THIS MATTER** having come before the Court on the Motion of Plaintiffs, through their counsel Fox Rothschild LLP, seeking to remand this action back to the New Jersey Superior Court, Bergen County, Law Division and awarding attorney's fees and costs pursuant to 28 U.S.C. § 1447(c); and Defendants, having received notice and having had the opportunity to be heard; and the Court having read and considered the moving, opposing, and reply papers, and for good cause shown:

**IT IS** on this <u>25th</u> day of <u>July</u>, 2023,

144206927.1

**ORDERED** that

1.   Plaintiffs' Motion (D.E. 4) is hereby **GRANTED;**

2.   This action is hereby remanded back to the New Jersey Superior Court, Bergen County, Law Division; and

3.   Plaintiffs are awarded attorney's fees and costs pursuant to 28 U.S.C. § 1447(c).  The Court retains jurisdiction for this limited purpose.  Plaintiffs shall file an affidavit of services within five (5) days of the date of this Order.


*/s/ Katharine S. Hayden*
_____
HONORABLE KATHARINE S. HAYDEN, U.S.D.J.

2

144206927.1