## UNITED STATES DISTRICT COURT
### FOR THE District of New Jersey [LIVE]
### U.S. District Court for the District of New Jersey

DEBRA S MINUTO, et al.

Plaintiff,

v.

Case No.: 2:23–cv–01765–KSH–LDW
Judge Katharine S. Hayden

JONATHAN KAIDEN, et al.

Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER L 005920 22

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

Very truly yours,

CLERK OF COURT
By Deputy Clerk, lag

encl.
cc: All Counsel