UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
--------------------------------- X
DEBRA S. MINUTO and MV REALTY   :   Civil Action No.:
GROUP LLC,                       :   2:23-cv-01765-KSH-LDW
                                 :
        Plaintiffs,              :
                                 :
          v.                     :
                                 :
JONATHAN KAIDEN; PARK LENDING,   :
LLC; PARK LENDING II LLC; YONEL  :
DEVICO; TRINITY FINANCIAL        :   AFFIDAVIT OF SERVICES
ENTERPRISES, LLC d/b/a TRINITY   :
MORTGAGE, LLC; TRINT NIXON; JOHN :
DOE LAWYER (a fictitious         :
attorney whose identity is not   :
yet known), MIKHAIL MUDRIK, and  :
THE AGENCY FLORIDA, LLC,         :
                                 :
        Defendants.              :
------------------------------- X
```

STATE OF NEW JERSEY    :
                       :   SS
COUNTY OF MERCER       :

   **BARRY J. MULLER, Esq.,** being of full age, duly sworn, hereby states under oath:

   1.  I am a partner at Fox Rothschild LLP, counsel for Plaintiffs in this action.

   2.  I make this Affidavit pursuant to the Court's Order dated July 25, 2023 awarding Plaintiffs attorneys' fees and costs pursuant to 28 U.S.C. § 1447(c).

   3.  As a result of Defendant, Yonel Devico's, improper removal, Plaintiffs incurred the following attorneys' fees:

147844469.1

| | | | | |
|---|---|---|---|---|
| 3/29/2023<br>4/19/2023 | 1807 BARRY J. MULLER<br>Invoice=3166143 | 2.00 | 1,100.00 | REVIEW & ANALYZE YONEL DEVICO'S APPLICATION FOR<br>REMOVAL AND SUPPORTING PAPERS; REVIEW RELEVANT<br>STATUTE AND CASES FOR IMPROPER REMOVAL. |
| 3/29/2023<br>4/19/2023 | 1807 BARRY J. MULLER<br>Invoice=3166143 | 0.40 | 220.00 | PREPARE AND FILE NOTICE OF APPEARANCE IN<br>FEDERAL COURT ACTION. |
| 3/30/2023<br>4/19/2023 | 1807 BARRY J. MULLER<br>Invoice=3166143 | 5.00 | 2,750.00 | PREPARE AND E-FILE NOTICE OF MOTION, BRIEF,<br>PROPOSED ORDER AND VOLUMINOUS EXHIBITS FOR<br>MOTION TO REMAND TO STATE COURT. |
| 4/19/2023<br>5/12/2023 | 1807 BARRY J. MULLER<br>Invoice=3180806 | 0.20 | 110.00 | REVIEW & ANALYZE DEVICO'S OPPOSITION TO MOTION<br>FOR REMAND. |
| 4/19/2023<br>5/12/2023 | 1807 BARRY J. MULLER<br>Invoice=3180806 | 0.80 | 440.00 | REVIEW & ANALYZE DEVICO'S ARGUMENTS AND BEGIN<br>PREPARATION OF REPLY BRIEF IN FURTHER SUPPORT<br>OF MOTION TO REMAND. |
| 4/21/2023<br>5/12/2023 | 1807 BARRY J. MULLER<br>Invoice=3180806 | 0.80 | 440.00 | CONTINUED PREPARATION OF REPLY BRIEF IN FURTHER<br>SUPPORT OF MOTION TO REMAND. |
| 4/24/2023<br>5/12/2023 | 1807 BARRY J. MULLER<br>Invoice=3180806 | 0.70 | 385.00 | FINAL PREPARATION OF REPLY BRIEF IN FURTHER<br>SUPPORT OF MOTION TO REMAND AND E-FILE. |

4.    The undersigned spent 1.5 hours of time reviewing the Court's Order & Opinion and preparing and filing this Affidavit of Services.

5.    Plaintiffs also incurred the following costs:

147844469.1

| Date | Attorney | Code | Qty | Rate | Amount | Description |
|------|----------|------|-----|------|--------|-------------|
| 4/1/2023 5/12/2023 | 1807 BARRY J. MULLER Invoice=3180806 Voucher=1122548 Paid | 101 | 1 | 0.54 | $0.54 | WESTLAW, RESEARCH Vendor=WEST PAYMENT CENTER Balance= .00 Amount= 141466.94 Check #736681 04/17/2023 |
| 4/1/2023 5/12/2023 | 1807 BARRY J. MULLER Invoice=3180806 Voucher=1122548 Paid | 101 | 1 | 2.7 | $2.70 | WESTLAW, RESEARCH Vendor=WEST PAYMENT CENTER Balance= .00 Amount= 141466.94 Check #736681 04/17/2023 |
| 4/1/2023 5/12/2023 | 1807 BARRY J. MULLER Invoice=3180806 Voucher=1122548 Paid | 101 | 1 | 1.62 | $1.62 | WESTLAW, RESEARCH Vendor=WEST PAYMENT CENTER Balance= .00 Amount= 141466.94 Check #736681 04/17/2023 |
| 4/1/2023 5/12/2023 | 1807 BARRY J. MULLER Invoice=3180806 Voucher=1122548 Paid | 101 | 1 | 1.23 | $1.23 | WESTLAW, RESEARCH Vendor=WEST PAYMENT CENTER Balance= .00 Amount= 141466.94 Check #736681 04/17/2023 |
| 4/1/2023 5/12/2023 | 1807 BARRY J. MULLER Invoice=3180806 Voucher=1122548 Paid | 101 | 1 | 0.67 | $0.67 | WESTLAW, RESEARCH Vendor=WEST PAYMENT CENTER Balance= .00 Amount= 141466.94 Check #736681 04/17/2023 |
| 4/25/2023 5/12/2023 | 1807 BARRY J. MULLER Invoice=3180806 Voucher=1124002 Paid | 20 | 1 | 50 | $50.00 | COURT FILINGS - - PAY TO: SUPERIOR COURT DEP LAWRENCEVILLE Vendor=SUPERIOR COURT DEP LAWRENCEVILLE Balance= .00 Amount= .00 Check #SCLV0423 04/25/2023 |
| 4/28/2023 5/12/2023 | 1807 BARRY J. MULLER Invoice=3180806 Voucher=1124849 Paid | 82 | 1 | 21.11 | $21.11 | MESSENGER SERVICE/FEDERAL EXPRESS Invoice No: 811434730 Paid to: Fedex per 1807 Ship To: Hon. Katherine S. Hayden, U.S. Ship Dt: 04/19/23 Airbill: 397219354632 Vendor=FEDERAL EXPRESS CORPORATION Balance= .00 Amount= |

6.    A true and correct copy of my resume / website bio, is attached hereto as Exhibit "A".

7.    As required by RPC 1.5(a), the fees for services rendered on behalf of Plaintiffs are reasonable.    The firm is charging Plaintiffs a reduced hourly rate of $550, which is substantially lower than the average hourly rate for New Jersey litigation partners at comparable firms.

8.    This action involved a complex and tortured procedural history spanning the State Court.    As required by RPC 1.5(a)(1),

147844469.1

the novelty and difficulty of the questions involved in the litigation were, at first blush, high.

9.  As required by RPC 1.5(a)(1), the skill requisite to perform these legal services properly was made evident to the Court in the written submissions made on behalf of Plaintiffs.

10.  As required by RPC 1.5(a)(2), save for the time dedicated to the handling of this case, the representation of Plaintiffs did not preclude other employment by the undersigned.

11.  As required by RPC 1.5(a)(3), the fees are lower than the fees customarily charged by New Jersey litigation partners at comparable firms.

12.  As required by RPC 1.5(a)(4), the amount of fees and expenses involved are proportional to the results obtained:  the grant of Plaintiffs' Motion for Remand.

13.  As required by RPC 1.5(a)(6), Fox Rothschild, LLP has a long-standing and productive relationship with Plaintiffs.

14.  As required by RPC 1.5(a)(7), the undersigned has carried the responsibility for the representation of Plaintiffs in this action and my experience level, reputation and abilities are reflected in my bio, which is attached as Exhibit "A" hereto.

15.  Plaintiffs request the Court award attorneys' fees and costs in the amount of $6,347.87.

147844469.1

I hereby state under penalty of perjury that the foregoing statements are true and correct. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

_____
BARRY J. MULLER

Sworn and Subscribed before me
on this 28th day of July, 2023

_____
A Notary Public of the
State of New Jersey

CHERYL A BARRON
Notary Public, State of New Jersey
My Commission Expires May 15, 2026

147844469.1

# Exhibit A





# Barry J. Muller

PARTNER

bmuller@foxrothschild.com

Princeton, NJ
Tel: 609.895.6722
Fax: 609.896.1469

Barry focuses his practice on complex commercial litigation, business disputes, professional liability and insurance issues.

He has a wide array of state and federal litigation experience at both the trial and appellate levels. He works closely with Retired New Jersey Supreme Court Justice Virginia A. Long on appellate matters. He has represented clients ranging from private and public corporations, national insurance companies, national sport leagues, health care providers and municipalities to privately held businesses and individuals. Barry has also represented attorneys, accountants and other professionals in complex malpractice and contract actions. He appears in numerous state and federal courts throughout New Jersey and New York and handles arbitrations with the American Arbitration Association and JAMS.

**Before Fox Rothschild**

Prior to joining the firm, Barry was a senior litigation associate at Graham Curtin, P.A., a mid-size, full service law firm in

**SERVICES**

- Litigation
- Appellate Practice
- Title Insurance
- Health Law
- Insurance

Morristown, New Jersey. He also served as a litigation associate for Wilson, Elser, Moskowitz, Edelman & Dicker LLP, in the firm's Newark, New Jersey office; and Methfessel & Werbel, P.C., in Edison, New Jersey.

After law school, he served as a law clerk to the Honorable Patrick F.X. Fitzpatrick, J.S.C., Bergen County Superior Court, Law Division, Civil Part, in Hackensack, New Jersey.

### Beyond Fox Rothschild

Barry was appointed by the New Jersey Supreme Court as a member of the Civil Practice Committee and has served on the Committee since 2016. He also serves as the Secretary of the New Jersey Supreme Court District VIII Ethics Committee.

### Bar Admissions

- New York
- New Jersey

### Court Admissions

- U.S. Court of Appeals, Third Circuit
- U.S. District Court, District of New Jersey
- U.S. District Court, Eastern District of New York
- U.S. District Court, Southern District of New York

### Education

- Seton Hall University School of Law (J.D., 1998)
- University of Scranton (B.S., 1995)
  - Accounting

**Memberships**

- New Jersey Supreme Court District VIII Ethics Committee, Secretary

- New Jersey Supreme Court, Civil Practice Committee (2016-2024)

- Borough of Sayreville Planning Board

  - Member (2022)
  - Chairman (2023)

**Honors & Awards**

- **Selected to the "AV Peer Review" list of rated attorneys**
  *This award is conferred by Martindale-Hubbell. A description of the selection methodology is available here. No aspect of this advertisement has been approved by the Supreme Court of New Jersey.*

- **Selected to the "Super Lawyers - Rising Stars" list for Business Litigation in New Jersey (2009-2012)**
  *This award is conferred by Thomson Reuters. A description of the selection methodology is available here. No aspect of this advertisement has been approved by the Supreme Court of New Jersey.*

- Graduate - Justice Morris Pashman American Inn of Court (Bergen County) 2000-2002 Term

SUBSCRIBE    CONTACT US    TERMS OF USE    PRIVACY NOTICE    ACCESSIBILITY    TRANSPARENCY IN COVERAGE    PAYMENT PORTAL    COOKIE PREFERENCES

---

© 2023 All content of this web site is the property and copyright of Fox Rothschild LLP and may not be reproduced in any format without prior express permission.

Contact marketing@foxrothschild.com for more information or to seek permission to reproduce content.

Attorney Advertising. Website by Great Jakes